IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM M. HOMER,<br><br>    Plaintiff,<br><br>v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY<br><br>    Defendant. | Civil Action No. 22-1570<br><br>Hon. M.P. Kelly |

## ORDER APPROVING STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Adam M. Homer and Defendant, The Pennsylvania State University constituting all of the parties of record in the above-captioned action, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the action in its entirety and with prejudice. Plaintiff and Defendant will bear their own attorney's fees and costs.

Respectfully submitted this 7th day of February 2024.

| DONHAM LAW | BALLARD SPAHR, LLP |
|---|---|
| /s/ *Jeremy A. Donham, Esquire* | /s/ *Shannon D. Farmer, Esquire* |
| Jeremy Donham (I.D. 206980)<br>714 Venture Drive, Suite 144<br>Morgantown, WV 26508 | Shannon D. Farmer (I.D. 82304)<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103 |

j.donham@donhamlaw.com  
T: 717.881.7855  
*Attorney for Plaintiff*

farmers@ballardspahr.com  
T: 215.864.8221  
*Attorney For Defendant*

SO ORDERED, this 3rd day of April, 2024.

_____  
Hon. Maureen P. Kelly,  
United States Magistrate Judge